PROB 12B
(7/93)

Report Date: October 3, 2007

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 05 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Rashaad Kinsey                    Case Number: 2:04CR06010-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 1/7/2005                 Type of Supervision:   Supervised Release

Original Offense: Distribution of a Controlled      Date Supervision Commenced: 10/02/2007
Substance, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 42 Months; TSR - 48     Date Supervision Expires: 10/01/2011
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

This modification is necessary to bring this case in line with the Ninth Circuit Court's ruling in U.S. v. Stephens.

I declare under penalty of perjury
that the foregoing is true and correct

Executed on:

by  /s/ Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob 12B

Re: **Kinsey, Rashaad**
**October 3, 2007**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

11/2/07
_____
Date